UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

In re: CREDIT SUISSE GROUP AG, et al.

23 Civ. 04458
23 Civ. 05874
23 Civ. 04813
23 Civ. 06023
23 Civ. 07297
23 Civ. 06039

————————————————————————X

**NOTICE**

McMahon, J.:

    The court is conferencing the securities cases on **September 7, 2023**, at which time I will appoint lead counsel and lead plaintiff and set an expedited schedule for the filing of a consolidated amended complaint and the inevitable motions to dismiss it.

    The participants in the RICO case are welcome to attend that conference. The schedule for the motions to dismiss the RICO case complaint is in no way affected by the arrival of the securities cases; the parties should finish briefing those motions.

    My goal is to get all the motions to dismiss decided this fall so that we can proceed with consolidated discovery. No one has moved to consolidate the cases for all purposes as yet, and frankly, such a motion would be premature. Let's see what remains after motions to dismiss are decided.

Dated: August 25, 2023

_____
U.S.D.J.

BY ECF TO ALL COUNSEL