UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAR COLBERT, ASSENAGON CREDIT SUBDEBT AND COCO, and AXIOM LUX SICAV, Individually and on Behalf of Other Credit Suisse Group AG AT1 Bondholders,<br><br>Plaintiffs,<br><br>vs.<br><br>BRADY W. DOUGAN, ERIC VARVEL, JAMES L. AMINE, TIMOTHY P. O'HARA, DAVID MILLER, BRIAN CHIN, CHRISTIAN MEISSNER, GAËL DE BOISSARD, URS RÖHNER, TIDJANE THIAM, THOMAS GOTTSTEIN, SIR ANTÓNIO HORTA-OSÓRIO, ROBERT S. SHAFIR, LARA J. WARNER, RICHARD E. THORNBURGH, ANDREAS GOTTSCHLING, MICHAEL KLEIN, and NOREEN DOYLE,<br><br>Defendants. | Case No. 23 Civ. 07297-CM-SLC<br>[rel. 23 Civ. 4458-CM-SLC]<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2023

The Motion of Hani Y. Farah for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of California, and that his contact information is as follows:

> Hani Y. Farah
> DICELLO LEVITT LLP
> 4747 Executive Drive, Suite 240
> San Diego, CA 92121
> Telephone: (619) 923-3939
> hfarah@dicellolevitt.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs STAR COLBERT, Assenagon Credit Subdebt and Coco, and Axiom Lux Sicav in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

IT IS SO ORDERED.

DATED: 10/20/2023

*/s/ Colleen McMahon*
THE HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE