UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY A. STEVENSON, as a shareholder of CREDIT SUISSE GROUP AG on behalf of CREDIT SUISSE GROUP AG shareholders,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD E. THORNBURGH, *et al.*,<br><br>Defendants. | Case No. 23 Civ. 4458 CM (SLC)<br>Class Action |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I move the Court for leave to withdraw as attorney of record for Defendants Credit Suisse Capital LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse Management LLC, Credit Suisse Securities (USA) LLC, James L. Amine, Mirko Bianchi, Iris Bohnet, Sean T. Brady, Brian Chin, Brady W. Dougan, Lydie Hudson, Robert Jain, Jay Kim, Michael Klein, Seraina Macia, David R. Mathers, David L. Miller, Kaikhushru S. Nargolwala, Timothy P. O'Hara, John G. Popp, Joaquin J. Ribeiro, Severin Schwan, Robert S. Shafir, Pamela A. Thomas-Graham, Richard E. Thornburgh, John Tiner, Eric Varvel, Philip Vasan, Noreen Doyle, and Lara J. Warner in the above-captioned action. I further request that the Clerk of the Court remove my name from the service list for this matter.

In support of this motion, I declare as follows:

1. I am no longer associated with the law firm of Cahill Gordon & Reindel LLP ("Cahill").

2. The Credit Suisse Defendants will continue to be represented by Cahill attorneys Herbert Washer, Jason Hall, Tammy Roy, Edward Moss, and Britney Foerter.

3. My withdrawal will not affect any current deadline in this action.

4. I am not asserting a retaining or charging lien in connection with my withdrawal.

5. A copy of this motion is being served on Gregory Stevenson and all other parties pursuant to Local Rule 1.4.

Dated: May 10, 2024

Respectfully submitted,

/s Philip J. McAndrews III
Philip J. McAndrews III
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: 212-701-3346
pmcandrews@cahill.com