IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY A. STEVENSON, as a shareholder of CREDIT SUISSE GROUP AG on behalf of CREDIT SUISSE GROUP AG shareholders,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD E. THORNBURGH, et al.,<br><br>Defendants. | Case No. 23 Civ. 4458 (CM) (SLC)<br><br>Class Action<br><br>[Rel. 23 Civ. 4813 (CM) (SLC); 23 Civ. 5874 (CM); 23 Civ. 6023 (CM); 23 Civ. 7297 (CM); 23 Civ. 6039 (CM); 23 Civ. 10944 (CM)] |
| NICOLE LAWTONE-BOWLES, as a shareholder of CREDIT SUISSE GROUP AG on behalf of CREDIT SUISSE GROUP AG shareholders,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD E. THORNBURGH, et al.,<br><br>Defendants. | Case No. 23 Civ. 4813 (CM) (SLC)<br><br>Class Action |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/2024

[PROPOSED] FINAL ORDER OF DISMISSAL

On March 20, 2024, this Court entered an order dismissing Counts II and III of Plaintiffs' Amended Class Action Complaint (the "Complaint") with prejudice as against all Defendants, and dismissing Count I as against all served Defendants and unserved Defendants Cerutti and Rohner without prejudice to refiling in Switzerland. *See* ECF No. 139 at 5 (*Stevenson*); ECF No. 98 at 5 (*Lawtone-Bowles*). The Court also provided until March 28, 2024 for Plaintiffs to file proof of service of the Complaint on Defendant Sohn. That deadline has now passed and Plaintiffs have not filed proof of service on Defendant Sohn. Accordingly, this final order of dismissal is entered, this case is **DISMISSED WITH PREJUDICE AS TO COUNTS II AND III AND DISMISSED**

**AS TO COUNT I** consistent with the Court's February 14, 2024 and March 20, 2024 orders, and the Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated: 29 May 2024
New York, New York

_____
**COLLEEN MCMAHON**
**United States District Judge**